IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANTHONY GRAZIANO**                                                                   **PETITIONER**
Reg. # 48743-080

VS.                                      NO. 2:05-cv-00235-BD

**LINDA SANDERS, Warden,**
**FCI - Forrest City**                                                                 **RESPONDENT**

## ORDER

  Petitioner filed a petition for writ of habeas corpus (#2) with this Court under 28 U.S.C. § 2241 while confined at the Federal Correctional Complex - Medium Security Institution in Forrest City, Arkansas.  In his petition, Petitioner complains that the Bureau of Prisons is improperly executing his sentence and violating its policies by housing him in a facility more than 500 miles from his residence in Staten Island, New York.  For relief, Petitioner requests transfer to a facility within 500 miles of his home.  He seeks only injunctive relief.

  Plaintiff does not have a constitutional right to be housed in any particular correctional facility.  See *Olim v. Wakinekona*, 461 U.S. 238, 247, 103 S.Ct. 1741 (1983) (holding that state inmate has no specific constitutional right to be housed in any particular institution); *Meachum v. Fano*, 427 U.S. 215, 224, 96 S.Ct. 2532 (1976) (holding that state prisoner has no federal constitutional right protecting him against administrative transfers to another state prison).  Under 18 U.S.C. § 3621(b), the Bureau

1

of Prisons has the authority to imprison a federal inmate at any place that it determines to be appropriate and suitable.

Even if a right existed to be housed in a certain facility, or within certain geographic bounds, Petitioner's claim is now moot because he has been transferred. Bureau of Prison records indicate that Petitioner has been transferred to the Federal Correctional Institution in Loretto, Pennsylvania. This facility is approximately 300 miles from Petitioner's home.

IT IS, THEREFORE, ORDERED that Petitioner's petition for writ of habeas corpus (#2) is DISMISSED WITHOUT PREJUDICE as moot.

IT IS SO ORDERED this 15th day of February, 2007.

_____
United States Magistrate Judge